417 A.2d 764

Multiple Funds, etc., Appellants, v. Marchase Refrigeration Service.

Argued April 9, 1979. Richard L. Rosenweig, for appellants; Michael Krawitz, for appellee.

Before VAN der VOORT, SPAETH and WATKINS, JJ.

Order affirmed.

417 A.2d 764

Thomas, Appellant, v. Andrews et al.

Argued April 11, 1979. Raymond H. Bogaty, for appellant; Joseph M. Loughren, for appellees.

Before PRICE, HESTER and MONTGOMERY, JJ.

Order granting summary judgment is affirmed.